IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>TWO SUMS OF UNITED STATES CURRENCY, $23,880.00 AND $44,520.00,<br><br>                Defendant. | **8:12CV311**<br><br>**ORDER** |

IT IS ORDERED that the parties' joint motion to continue, (Filing No. 34), is granted as follows:

1) The non-jury trial of this case is set to commence before Cheryl R. Zwart, United States Magistrate Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on **February 3, 2014**, or as soon thereafter as the case may be called, for a duration of one (1) trial day.

2) A telephonic Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **January 21, 2014** at **11:00 a.m.** Counsel for the government shall place the call. In preparation for the conference, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on January 20, 2014.

November 18, 2013.

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge