IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:12CV311** |
| vs. | |
| TWO SUMS OF UNITED STATES CURRENCY, $23,880.00 AND $44,520.00, | **ORDER TO SHOW CAUSE** |
| Defendant. | |

The court's order of November 18, 2013 stated:

A telephonic Pretrial Conference is scheduled to be held before the undersigned magistrate judge on January 21, 2014 at 11:00 a.m. Counsel for the government shall place the call. In preparation for the conference, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on January 20, 2014.

(Filing No. 35).   The court did not receive a proposed pretrial conference order, and plaintiff's counsel never initiated the call.

Accordingly,

IT IS ORDERED that plaintiff shall have until January 28, 2014 to show cause why this case should not be dismissed for want of prosecution.  The failure to timely comply with this order may result in dismissal of this action and an order releasing the seized defendant property without further notice.

January 21, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge