IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>TWO SUMS OF UNITED STATES CURRENCY, $23,880.00 AND $44,520.00,<br><br>                Defendant. | 8:12CV311<br><br>**ORDER** |

The government has shown cause why this case should not be dismissed for want of prosecution. The case is not currently ready for trial. Accordingly,

IT IS ORDERED:

1) A telephonic conference with the undersigned magistrate judge will be held on **February 3, 2014** at **9:00 a.m.** to discuss the status of case progression and potential settlement. Counsel for plaintiff shall place the call.

2) The case is removed from the court's trial docket pending further order.

January 28, 2014.

                                                                  BY THE COURT:

                                                                  *s/ Cheryl R. Zwart*
                                                                  United States Magistrate Judge