IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiff,

      vs.

TWO SUMS OF UNITED STATES
CURRENCY, $23,880.00 AND
$44,520.00,

                Defendant.

**8:12CV311**

**ORDER**

IT IS ORDERED  the parties' joint motion to continue the trial and cancel the pretrial conference, (Filing No. 41), is granted as follows:

1)      The non-jury trial of this case is set to commence before Cheryl R. Zwart, United States Magistrate Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on May 5, 2014, or as soon thereafter as the case may be called, for a duration of one (1) trial day.

2)      The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on April 22, 2014.

Dated this 3rd day of February, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge