IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>TWO SUMS OF UNITED STATES CURRENCY, $23,880.00 AND $44,520.00,<br><br>           Defendant. | 8:12CV311<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) The parties' Stipulation for resolution of this case (Filing No. 44) is approved.

2) By Order dated September 12, 2012 (Filing No. 6), the United States published notice of its intent to dispose of the Defendant properties in such a manner as the Attorney General may direct. A Declaration of Publication was filed herein on November 28, 2012 (Filing No. 18). The parties have advised the Court no other Claim or Answer has been filed in this case, other than by Steve Barnett and Bonita Pugliese; after reviewing the record, the Court finds that is true.

3) Forty-four Thousand Five Hundred Twenty dollars of the Defendant currency shall be returned to the Claimant, Bonita Pugliese. Payment will be tendered to the trust account of the Claimant's attorney, Dennis G. Whelan.

4) All right, title or interest in the remaining Defendant currency, viz., $23,880.00, shall be forfeited to the United States, with all right, title or interest in or to such properties held by any person or entity forever barred and foreclosed. The U. S. Marshals Service shall dispose of said properties forfeited to the United States in accordance with the law.

5) Plaintiff and Claimants shall pay their own costs and attorney's fees associated with this lawsuit.

6) On or before May 25, 2014, Claimants' counsel shall file a Receipt indicating receipt of the funds. Thereafter, the parties shall file a joint stipulation for dismissal.

Dated this 2nd day of May, 2014.

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge